■ In the Matter of LOKI C. and Others, Infants. CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RONNIE C., Respondent, and CAROL C., Appellant. [919 NYS2d 425]—

Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.